B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>SJP Orlando, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): EIN: 41-2044101 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>4304 Metric Drive #3<br>Winter Park, FL<br>ZIPCODE 32792 | Street Address of Joint Debtor (No. and Street, City, and State<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Orange | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>3656 Eagle Ridge Dr.<br>Jacksonville, FL<br>ZIPCODE 32224 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)

- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **SJP Orlando, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: **N.A.** | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)       Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): SJP Orlando, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Kevin E. Mangum
Signature of Attorney for Debtor(s)

KEVIN E. MANGUM 904260
Printed Name of Attorney for Debtor(s)

Mangum & Associates, P. A.
Firm Name

5100 Hwy. 17-92, Suite 300
Address

Casselberry, FL 32707

407-478-1555
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Janice Sabol
Signature of Authorized Individual

JANICE SABOL
Printed Name of Authorized Individual

President
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**In re** SJP Orlando, Inc.      **Case No.** _____

         **Debtor**                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re  SJP Orlando, Inc.
_____                    Case No. _____
**Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re   SJP Orlando, Inc.                                      Case No. _____
                     **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Office Equipment & Inventory<br><br>Challenge 3 Hole Drill Machine, Bucket w. mop,workbench, folding attachment, metal cart on rollers,wood padding station, automatic punch machine, fan, shrink wrap machine, shop vac, 10ft. ladder, tool chest cabinet, water fountain, plastic drawers on rolle | | 6,555.00 |

In re   SJP Orlando, Inc.                                          Case No. _____
                  **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached     Total     $          6,555.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

**In re** SJP Orlando, Inc.                                                    **Case No.** _____

               **Debtor**                                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption that exceeds
      $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

B6D (Official Form 6D) (12/07)

In re _____SJP Orlando, Inc._____ ,    Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 631-2968-2333 <br><br> All Points Capital <br> 265 Broadhollow Rd <br> Melville NY 11747 | | | Lien: PMSI non-vehicle < 365 days <br> Security: SM 102 Press <br><br><br> VALUE $                    0.00 | | | | 1,411,135.59 | 1,411,135.59 |
| ACCOUNT NO. 02-0298929-001 <br><br> Bank of America Leasing <br> 305 W Big Beaver Rd, 400 <br> Troy, MI | | | Lien: PMSI non-vehicle < 365 days <br> Security: Color Copier (former debtor) <br><br> VALUE $                    0.00 | | | | Unknown | Unknown |
| ACCOUNT NO. 856-913-5162 <br><br> Canon Financial Services Inc <br> 158 Gaither Drive <br> Mt Laurel NJ 08054 | | | Lien: PMSI non-vehicle < 365 days <br> Security: Canon IP6000 <br><br><br> VALUE $                    0.00 | | | | Unknown | Unknown |

__3_____continuation sheets attached

Subtotal ►
(Total of this page)       $ 1,411,135.59    $ 1,411,135.59

Total ►
(Use only on last page)    $                  $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re ___SJP Orlando, Inc._____,        Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 004-0298929-001<br><br>Canon Financial Services, Inc<br>158 Gaither Drive<br>Mt Laurel NJ 08054 | | | Lien: PMSI non-vehicle < 365 days<br>Security: Color Copier<br><br>VALUE $ 0.00 | | | | Unknown | Unknown |
| ACCOUNT NO. 1-06244E-13<br><br>Chase Auto Finance<br>PO Box 78101<br>Phoenix, AZ 85062-8101 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2006 Chevy Van G2500<br><br>VALUE $ 0.00 | | | | 9,500.00 | 9,500.00 |
| ACCOUNT NO. 900-0055383-000<br><br>CIT Tech Fin. Services<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | | | Lien: PMSI non-vehicle < 365 days<br>Security: B-W copier<br><br>VALUE $ 0.00 | | | | 25,000.00 | 25,000.00 |
| ACCOUNT NO. 168379<br><br>Eastman Kodak Co/Kodak Graphic<br>3700 Gilmore Way<br>Burnaby, DC Canada V5G 4M1 | | | Lien: PMSI non-vehicle < 365 days<br>Security: Magnus 800 Platesetter<br><br>VALUE $ 0.00 | | | | Unknown | Unknown |
| ACCOUNT NO. 90133827047/4442735-002<br><br>EKCC<br>PO Box 740729<br>Atlanta GA 30374-0729 | | | Lien: PMSI non-vehicle < 365 days<br>Security: Magnus 800 2400 DPI S Speed<br><br>VALUE $ 0.00 | | | | Unknown | Unknown |

Sheet no. _1_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)     $   34,500.00     $
(Total(s) of this page)
Total(s)     $        $
(Use only on last page)

(Report also on          (If applicable, report
Summary of Schedules)    also on Statistical
                         Summary of Certain
                         Liabilities and Related
                         Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re ___SJP Orlando, Inc._____,      Case No. _____

         **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 90133827034/4442735-001 & 4442735-002<br><br>EKCC<br>PO Box 740729<br>Atlanta GA 30374-0729 | | | Lien: PMSI non-vehicle < 365 days<br>Security: Proofing System | | | | | |
| | | | VALUE $      0.00 | | | | Unknown | Unknown |
| ACCOUNT NO. 90133790330<br><br>GE Capital<br>PO Box 740425<br>Atlanta GA 30374-0425 | | | Lien: PMSI non-vehicle < 365 days<br>Security: Reconditioned MBO | | | | | |
| | | | VALUE $      0.00 | | | | Unknown | Unknown |
| ACCOUNT NO. 90133911615<br><br>GE Capital<br>PO Box 740425<br>Atlanta GA 30374-0425 | | | Lien: PMSI non-vehicle < 365 days<br>Security: Pressing Unit | | | | | |
| | | | VALUE $      0.00 | | | | Unknown | Unknown |
| ACCOUNT NO. 00050565-01<br><br>Heidelberg Print Fin.<br>Two Internation Drive, 101<br>Portsmouth NH 03801 | | | Lien: PMSI non-vehicle < 365 days<br>Security: 52 Press | | | | | 267,598.32 |
| | | | VALUE $      0.00 | | | | 267,598.32 | |
| ACCOUNT NO. 050053/60000057<br><br>OFC Capital<br>576 Colonial Park Dr, 200<br>Roswell GA 30075 | | | Lien: PMSI non-vehicle < 365 days<br>Security: Horizon Speed VAC Collator | | | | | 36,143.00 |
| | | | VALUE $      0.00 | | | | 36,143.00 | |

Sheet no. _2_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                     Subtotal (s) ▶ | $ 303,741.32 | $ |
(Total(s) of this page)

Total(s) | $ | $ |
(Use only on last page)

       (Report also on             (If applicable, report
       Summary of Schedules)        also on Statistical
                                   Summary of Certain
                                   Liabilities and Related
                                   Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re ___SJP Orlando, Inc._____,     Case No. _____

**Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 749-0052552-001 <br><br> Siemens Financial Services, Inc <br> 3417 Collectin Center Drive <br> Chicago, IL 60693 | | | Lien: PMSI non-vehicle < 365 days <br> Security: Polar Cutter <br><br><br> VALUE $ 0.00 | | | | Unknown | Unknown |
| ACCOUNT NO. 10008373 <br><br> Toyota Fin. Services <br> PO Box 3457 <br> Torrance CA 90510-3457 | | | Lien: PMSI non-vehicle < 365 days <br> Security: Fork lift <br><br><br> VALUE $ 0.00 | | | | Unknown | Unknown |
| ACCOUNT NO. 002-0025851-001 & 002-0027440-001 <br><br> USBank <br> 1310 SW 68th Pkwy, 100 <br> Portland OR 97223 | | | Lien: PMSI non-vehicle < 365 days <br> Security: B21 44/C, Polar Cutter, Stahl Stitcher <br> VALUE $ 0.00 | | | | 125,667.72 | 125,667.72 |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |

Sheet no. _5_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ❯  
(Total(s) of this page)

Total(s) ❯  
(Use only on last page)

| | |
|---|---|
| $ 125,667.72 | $ 125,667.72 |
| $ 1,875,044.63 | $1,875,044.63 |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re SJP Orlando, Inc.                                    ,     Case No._____
_____
        Debtor                                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re_____,   Case No._____
      SJP Orlando, Inc.
                  Debtor                                                                (if known)

☐   **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

     Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

     * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re ___SJP Orlando, Inc._____,  Case No. _____

                  **Debtor**                                                                   **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 924076-9000<br><br>Duval County<br>Mike Hogan Tax Collector<br>231 E Forsyth Street, 130<br>jacksonville FL 32202 | | | | | | | 27,000.00 | 0.00 | 27,000.00 |
| ACCOUNT NO. 58-8013681791-9<br><br>Florida Dept of Revenue<br>5050 W Tennessee St.<br>Tallahassee, FL 32399-0120 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. 26-80122254989-0<br><br>Florida Dept of Revenue<br>5050 W Tennessee Street<br>Tallahassee, FL 32399-0120 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal   ➤   $ 27,000.00    $ 0.00    $ 27,000.00
(Totals of this page)

Total ➤ $
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals ➤ $    $    $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re    SJP Orlando, Inc.                                    ,        Case No. _____
                          **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  924079-9000 <br><br> Mike Hogan Tax Collector <br> 231 E Forsyth Street, 130 <br> Jacksonville FL 32202 | | | 2009 PPT Jax | | | | 617.33 | 0.00 | 617.33 |
| ACCOUNT NO.  0491834-8 <br><br> Orange County Property Tax <br> PO Box 545100 <br> Orlando, FL 32854-5100 | | | | | | | 67,000.00 | 67,000.00 | 0.00 |
| ACCOUNT NO. <br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal <br> (Totals of this page) | $  67,617.33 | $ | $ |
| Total <br> (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $  94,617.33 | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $  67,000.00 | $ 27,617.33 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07)**

In re ___SJP Orlando, Inc._____,   Case No. _____
                  **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4929689<br><br>Advanced Recovery Systems<br>901 East Eighth Ave, 206<br>King of Prussia PA 19406 | | | Collections for Ikon Office Solutions | | | | Notice Only |
| ACCOUNT NO.  4512900<br><br>Allen Maxwell & Silver<br>190 Sylvan Ave<br>Englewood Cliffs, NJ 07632 | | | Collections for Intermec Technologies Corp | | | | Notice Only |
| ACCOUNT NO.  749-0052552-001<br><br>Allen, Dyer, Doppelt<br>255 S Orange Ave, 1401<br>Orlando, FL 32802-3791 | | | Collections for Siemens Financial (Polar Cutter) | | | | Notice Only |
| ACCOUNT NO.  37521072<br><br>Allied Interstate<br>3000 Corporate Exchange Drive<br>Columbus OH 43231 | | | Collections for UPS Freight | | | | Notice Only |

___24___ continuation sheets attached

Subtotal ➤  $          0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re   SJP Orlando, Inc.                                    ,        Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  STJOHP<br><br>Apex Color<br>200 N Lee Street<br>Jacksonville, FL 32204 | | | | | | | 7,943.34 |
| ACCOUNT NO.<br><br>Babbit's Bindery<br>7090 Commerce Circle<br>Longwood, FL 32750 | | | | | | | 6,300.00 |
| ACCOUNT NO.  005485535881<br><br>Bank of America<br>PO Box  25118<br>Tampa, FL 33622-5118 | | | | | | | Unknown |
| ACCOUNT NO.  BBE732<br><br>Bennetts<br>PO Box 57610<br>Jacksonville, FL 32241-7610 | | | | | | | 7,051.40 |
| ACCOUNT NO.  678-495-0051<br><br>C2C Resources LLC<br>56 Perimeter Center East<br>Atlanta GA 30346 | | | Collections for Printer's Mate Bindery | | | | Notice Only |

Sheet no. __1__ of _24_ continuation sheets attached                                    Subtotal ➤ | $ | 21,294.74
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                     Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.2-745  -  30209 - PDF-XChange 3.0

In re ___SJP Orlando, Inc._____,     Case No. _____
                   **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4305-7220-6726-7438<br><br>Capital One Bank<br>PO Box 71083<br>Charlotte NC 28272-1083 | | | Consideration: Revolving Credit Card debt | | | | 2,501.24 |
| ACCOUNT NO. 4862-3622-1520-9688<br><br>Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | | Consideration: Revolving Credit Card debt | | | | 5,658.12 |
| ACCOUNT NO.<br><br>Case Paper Company, Inc<br>3333 NW 116th Street<br>Miami, FL 33167 | | | | | | | 72,200.81 |
| ACCOUNT NO. 327920900004<br><br>Central Transport<br>PO Box 33299<br>Detroit MI 48232 | | | | | | | Unknown |
| ACCOUNT NO. 4185-5060-0066-0659<br><br>Chase Cardmember Services<br>PO Box 15153<br>Wilmington DE 19886-5153 | | | Consideration: Revolving Credit Card debt | | | | 2,553.36 |

Sheet no. __2__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

          Subtotal ➤ | $ | 82,913.53

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re  SJP Orlando, Inc. _____ ,     Case No. _____

                **Debtor**                                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4185-5060-0059-4569<br><br>Chase Cardmember Services<br>PO Box 15153<br>Wilmington DE 19886-5153 | | | Consideration: Revolving Credit Card debt | | | | 251.87 |
| ACCOUNT NO.  4185-8769-1192-0306<br><br>Chase Cardmember Services<br>PO Box 15153<br>Wilmington DE 19886-5153 | | | Consideration: Revolving Credit Card debt | | | | 3,761.11 |
| ACCOUNT NO.  4185-8626-0677-7938<br><br>Chase Cardmember Services<br>PO Box 15153<br>Wilmington DE 19886-5153 | | | Consideration: Revolving Credit Card debt | | | | 2,623.24 |
| ACCOUNT NO.  4185-8705-0802-6494<br><br>Chase Cardmember Services<br>PO Box 15153<br>Wilmington DE 19886-5153 | | | Consideration: Revolving Credit Card debt | | | | 606.69 |
| ACCOUNT NO.  20130<br><br>Cintas<br>1595 Transport Court<br>Jacksonville, FL 32218 | | | | | | | 91.49 |

Sheet no. __3__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                     Subtotal ➤ | $ | 7,334.40

                                                    Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  SJP Orlando, Inc.                                    ,          Case No. _____
                          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 651-9109506-000 CIT Group Prosetter 10201 Centurion Pkwy N, 100 Jacksonville FL 32256 | | | | | | | 987.00 |
| ACCOUNT NO. 510-000-185 Citgo Oil Processing Center Des Moines, IA 50362-0300 | | | Consideration: Revolving Credit Card debt | | | | 1,139.62 |
| ACCOUNT NO. St Johns Press Jax Co Advantage Resources 111 W Jefferson St, #100 Orlando, FL 32801 | | | | | | | Unknown |
| ACCOUNT NO. SJP Orlando Co Advantage Resources 111 W Jefferson St, 100 Orlando, FL 32801 | | | | | | | Unknown |
| ACCOUNT NO. 8495-74-120-1028432 Comcast PO Box 530099 Atlanta, GA 30353-0099 | | | | | | | 2,603.09 |

Sheet no. 4 of 24 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 4,729.71

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  SJP Orlando, Inc.                                    ,          Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  86797399 <br> Compass Bank <br> 299 Monument Rd <br> Jacksonville FL 32225 | | | | | | | 116.78 |
| ACCOUNT NO.  44916 <br> Consolidated Label <br> 925 Florida Central Pkwy <br> Longwood, FL 32750 | | | | | | | 6,910.80 |
| ACCOUNT NO.  0SS60000101201 <br> Continental <br> 2870 Scherer Drive N, Ste 100 <br> St. Petersburg, FL 33716-1025 | | | | | | | 552.00 |
| ACCOUNT NO.  12311338 <br> Delta Com <br> PO Box 2252 <br> Birmingham, AL 35246-2058 | | | | | | | 4,248.03 |
| ACCOUNT NO.  1231605-5 <br> Delta Com <br> PO Box 2252 <br> Birmingham, AL 35246-2058 | | | | | | | 2,885.00 |

Sheet no. _5_ of _24_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 14,712.61

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re  SJP Orlando, Inc._____,     Case No. _____
               **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Digital Propaganda<br>660 Clay Street.<br>Winter Park, FL  32789 | | | | | | | Unknown |
| ACCOUNT NO.  742400<br><br>Discount Propane<br>546 S Shell Road<br>DeBary, FL 32713 | | | | | | | 1,539.04 |
| ACCOUNT NO.  6011-0055-3785-6893<br><br>Discover Card<br>PO Box 71084<br>Charlotte NC 28272-1084 | | | Consideration: Revolving Credit Card debt | | | | 4,884.30 |
| ACCOUNT NO.  8084446<br><br>Double Envelopes<br>PO Box 532914<br>Atlanta, GA 30353-2314 | | | | | | | 250.00 |
| ACCOUNT NO.  509241-QMBB1<br><br>Drs. Mori, Bean & Brooks, PA<br>3599 University Blvd S. #300<br>Jacksonville FL 32216 | | | | | | | 39.00 |

Sheet no._6_ of _24_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,712.34

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re   SJP Orlando, Inc._____,          Case No. _____

                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   703319<br><br>Edward J Witten<br>339 East Forsyth St.<br>Jacksonville, FL 33222 | | | Collections for Sabin Robins LLC | | | | Notice Only |
| ACCOUNT NO.   SABO4140<br><br>Esteem Care<br>PO Box 33842<br>North Royalton, OH 44133 | | | | | | | 491.56 |
| ACCOUNT NO.<br><br>Fassett, Anthony & Taylor PA<br>1325 West Colonial Drive<br>Orlando, FL 32804 | | | Collections for The Printer's Edge, LLC | | | | Notice Only |
| ACCOUNT NO.   052-0451553-000<br><br>First Data Global Leasing<br>1307 Walt Whitmand Rd<br>Melville, NY 11747 | | | | | | | 827.03 |
| ACCOUNT NO.<br><br>Florida Envelope Company<br>9208 Palm River Rd<br>Tampa FL 36129 | | | | | | | 1,200.00 |

Sheet no. _7_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,518.59

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  SJP Orlando, Inc. _____ ,          Case No. _____

_____Debtor_____                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  21531 <br><br> G&K Services <br> 3735 Corporex Park Dr <br> Tampa FL 33619 | | | | | | | 16,687.82 |
| ACCOUNT NO. <br><br> Gary Harris <br> 11642 Springboard Dr <br> Jacksonville, FL 32246 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Gary's Duplicator Service <br> PO Box 50827 <br> Jacksonville Beach FL 32250-0827 | | | | | | | 800.00 |
| ACCOUNT NO.  212928 <br><br> Gate Petroleum Co <br> PO Box 40505 <br> Jacksonville, FL 32203-0505 | | | Consideration: Revolving Credit Card debt | | | | 1,060.68 |
| ACCOUNT NO.  SJP <br><br> Graphics IV Ptg Equipment <br> 2311 Mercator Drive A <br> Orlando FL 32807 | | | | | | | 2,000.00 |

Sheet no.  8   of  24   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 20,548.50

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re  SJP Orlando, Inc.                                    ,        Case No. _____
               **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Heddy Bernstein<br>1219 Astorwood Court<br>Altamonte Springs, FL 32714 | | | | | | | Unknown |
| ACCOUNT NO.  6035-3202-8886-4042<br><br>Home Depot<br>Processing Center<br>Des Moines IA 50364-0500 | | | Consideration: Revolving Credit Card debt | | | | 864.73 |
| ACCOUNT NO.  5155-9700-0083-9894<br><br>HSBC<br>PO Box 4155<br>Carol Stream IL 60197-4188 | | | Consideration: Revolving Credit Card debt | | | | 832.64 |
| ACCOUNT NO.  4929689<br><br>Ikon Office Solutions<br>3920 Arkwright Road, 400<br>Jackson FL 32224 | | | | | | | 13,693.04 |
| ACCOUNT NO.  4512900<br><br>Intermec Technologies Corp.<br>9290 LeSaint Dr<br>Fairfield OH 45014-5454 | | | | | | | 194.06 |

Sheet no. _9_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 15,584.47

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re   SJP Orlando, Inc._____,          Case No. _____
                              **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  47890 <br><br> Jacksonville Heart Center <br> 1905 Corporate Square Blvd <br> Jacksonville FL 32216 | | | | | | | 150.00 |
| ACCOUNT NO. <br><br> JK&M Ink <br> 4714 Thatcher Ave N. <br> Tampa FL 33614 | | | | | | | 27,577.85 |
| ACCOUNT NO.  5140-2180-2140-2472 <br><br> Juniper Card Services <br> PO Box 13337 <br> Philadelphia, PA | | | Consideration: Revolving Credit Card debt | | | | 3,300.08 |
| ACCOUNT NO. <br><br> K&G Bindery <br> 6648 Old Chancey Nwy <br> Orlando FL 32807 | | | | | | | 15,734.26 |
| ACCOUNT NO. <br><br> K&G Bindery <br> 6648 Old Chancey Nwy <br> Orlando, FL 32807 | | | | | | | 385.00 |

Sheet no. __10__ of __24__ continuation sheets attached          Subtotal ➤  | $  | 47,147.19
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                   Total ➤  | $  |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   SJP Orlando, Inc.                                    ,          Case No. _____
                        **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 18-407-083236<br>Kohner, Mann & Kailas<br>4650 North Port Washington<br>Milwaukee, WI 53212-1059 | | | Collections for Western States Envelopes & Labels | | | | Notice Only |
| ACCOUNT NO. 09-520<br>Kosto & Rotella PA<br>619 E Washington Street<br>Orlando, FL 32802 | | | Collections for Unisoruce Worldwide, Inc | | | | Notice Only |
| ACCOUNT NO. 483199370<br>Kosto & Rotella PA<br>619 E Washington Street<br>Orlando, FL 32802 | | | Collections for Unisource Worldwide Inc (828531) | | | | Notice Only |
| ACCOUNT NO. STJOHP<br>Kosto & Rotella, PA<br>233 East Bay St, 1028<br>Jacksonville FL 32201 | | | Collections for Apex Color | | | | Notice Only |
| ACCOUNT NO. 09-CC-20856<br>Kosto & Rotella, PA<br>233 East Bay St, 1028<br>Jacksonville FL 32201 | | | Atty for Unisource | | | | Notice Only |

Sheet no. 11 of 24 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $           0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  SJP Orlando, Inc.                                      ,     Case No. _____
         **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lowenstein Sandler<br>65 Livingston Ave<br>Roseland NJ 07068 | | | Collections for Case Paper Co., Inc | | | | Notice Only |
| ACCOUNT NO. 821-3110-027816-2<br>Lowes<br>PO Box 530970<br>Atlanta GA 30353-0970 | | | Consideration: Revolving Credit Card debt | | | | 2,696.81 |
| ACCOUNT NO. 101989<br>Lyerly Baptist Inc<br>836 Prudential Drive, 1001<br>Jacksonville FL 32207 | | | | | | | 2,241.64 |
| ACCOUNT NO.<br>MBO Bindery & Co<br>400 Highland Dr<br>Westampton NJ 08060 | | | | | | | 1,000.00 |
| ACCOUNT NO. 09-CA-15160<br>McClosky, D'Anna & Dietrle<br>2300 Glades Rd, 400<br>Boca Raton, FL 33431-8540 | | | Collections for All Points Capital (SM 102 Press) | | | | Notice Only |

Sheet no. 12 of 24 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 5,938.45

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  SJP Orlando, Inc._____,    Case No. _____
                       **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Meredith Allen Hernandez, PA<br>PO Box 57487<br>Jacksonville FL 32241 | | | | | | | 1,500.00 |
| ACCOUNT NO.  14357918<br><br>Money Management LLC/Info Sys<br>934 University Dr, 141<br>Coral Springs FL 33071 | | | | | | | 1,312.55 |
| ACCOUNT NO.  6520<br><br>Moss Sales & Service, Inc<br>5508 Janet Lane<br>Austell, GA 30106 | | | | | | | 134.97 |
| ACCOUNT NO.  4304 Metric Drive WP 32792<br><br>Nakam Investments, LLC<br>1011 Hollow Pine Rd<br>Orlando, FL 32825 | | | ongoing lease | | | | 843,445.47 |
| ACCOUNT NO.  16817693<br><br>National Magazine Exchange<br>PO Box 405635<br>Atlanta, GA 30384-5635 | | | | | | | 44.72 |

Sheet no.  13  of  24  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     846,437.71

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745  -  30209 - PDF-XChange 3.0

In re   SJP Orlando, Inc.
_____ ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  21311 <br><br>Neuroglogy Services of FL, Inc<br>PO Box 470904<br>Tulsa OK 74147-0904 | | | | | | | 9,643.00 |
| ACCOUNT NO.  44916 <br><br>Norman & Assoc.<br>1350 Union Hill Rd, A<br>Alpharetta GA 30004 | | | Collections for Consolidated Label | | | | Notice Only |
| ACCOUNT NO.  C-8901091 <br><br>Orkin<br>574 Fairvilla Road<br>Orlando, FL 32789 | | | | | | | 170.00 |
| ACCOUNT NO.  Franklin <br><br>Patti Pinkerton<br>4304 Meadowview Lane<br>Sachse TX 75048 | | | | | | | 16,000.00 |
| ACCOUNT NO. 1106774 <br><br>Pitman Company<br>3115 Drane Field Rd<br>Lakeland FL 33811-1334 | | | | | | | 80,000.00 |

Sheet no.  14  of 24  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $     105,813.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re  SJP Orlando, Inc._____,  Case No. _____
         **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Printer's Mate Bindery <br> 10539 Craig Industrial Dr, #8 <br> Jacksonville FL 32225 | | | | | | | 1,899.87 |
| **ACCOUNT NO.** 5155-9700-0083-9894 <br> Professional Recovery Services <br> PO Box 1880 <br> Voorhees NJ 08073 | | | Collections for HSBC (9894) | | | | Notice Only |
| **ACCOUNT NO.** 18560-57523 <br> Progress Energy <br> PO Box 33199 <br> St. Petersburg FL 33733-8199 | | | | | | | 11,921.13 |
| **ACCOUNT NO.** DR408 <br> PSC Chemical Pollution Control <br> PO Box 3069 Dept 7 <br> Houston, TX 77253-3069 | | | | | | | 1,395.76 |
| **ACCOUNT NO.** 15937 <br> Redd Paper <br> 3851 Center Loop <br> Orlando FL 32808 | | | | | | | 2,519.93 |

Sheet no. _15_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  17,736.69

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745  -  30209 - PDF-XChange 3.0

In re  SJP Orlando, Inc. _____ ,  Case No. _____

           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Richard J. Stone, Esq.<br>9130 Dadeland Blvd.<br>Penthouse 1-A<br>Miami, FL  33156 | | | atty. for G& K Services | | | | Notice Only |
| ACCOUNT NO.  11004000<br><br>RMC<br>PO Box 2471<br>Woburn MA 01888 | | | Collections for Pitman Company | | | | Notice Only |
| ACCOUNT NO.  M017800923-001-00001<br><br>RMS Collection Agency<br>PO Box 4647<br>Timonium MD 21094-4647 | | | Collections for Zurich North America | | | | Notice Only |
| ACCOUNT NO.  09-CA-039750<br><br>Roger C. Brown, Esq.<br>800 S Orlando Ave.<br>Maitland, FL  32751 | | | Atty. for The Printer's Edge | | | | Notice Only |
| ACCOUNT NO.  09-CA-039750<br><br>Roger C. Brown, Esq.<br>800 S Orlando Ave.<br>Maitland, FL  32751 | | | Atty. for The Printer's Edge | | | | Notice Only |

Sheet no.  16  of  24  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   SJP Orlando, Inc.                                      ,          Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ron Lukowski<br>2632 Wimbledon Ct.<br>Ocoee FL 34761 | | | | | | | Unknown |
| ACCOUNT NO.<br>Ronald Modeski<br>5416 SE Arcadia Terrace<br>Hobe Sound FL 33455-7889 | | | | | | | Unknown |
| ACCOUNT NO.  09-CA-31811<br>Roy L. Weinfeld, Esq.<br>800 Brickell Ave., Suite 1501<br>Miami, FL  33131 | | | Atty for Pitman Co. | | | | Notice Only |
| ACCOUNT NO.  703319<br>Sabin Robins LLC<br>5902 Montclair Blvd<br>Milford OH 45150 | | | | | | | 2,281.05 |
| ACCOUNT NO.  2215281<br>Safety Kleen<br>PO Box 650509<br>Dallas TX 75265-0509 | | | | | | | 382.24 |

Sheet no.  17  of 24  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,663.29

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745  -  30209 - PDF-XChange 3.0

In re   SJP Orlando, Inc.                                         ,          Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  840228 <br><br> Saia Motor Freight Line, Inc <br> PO Box 730532 <br> Dallas TX 75373-0532 | | | | | | | 4,500.00 |
| ACCOUNT NO.  771-409-0015765571 <br><br> Sam's Club <br> PO Box 530984 <br> Atlanta GA 30353-0981 | | | Consideration: Revolving Credit Card debt | | | | 637.22 |
| ACCOUNT NO.  856-913-5162 <br><br> Scott H. Marcus & Assoc. <br> 121 Johnson Rd <br> Turnersville NJ 08012 | | | Collections for Canon Financial (Canon IP6000) | | | | Notice Only |
| ACCOUNT NO. <br><br> Seaboard Offset Supply, Inc. <br> 1265 Talbot Ave <br> Jacksonville FL 32205 | | | | | | | 199.86 |
| ACCOUNT NO.  650-865-850 <br><br> Shell Oil <br> PO Box 183019 <br> Columbus OH 43218-3019 | | | Consideration: Revolving Credit Card debt | | | | 4,098.65 |

Sheet no.  18  of 24  continuation sheets attached                                Subtotal ➤    $          9,435.73
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                                     Total ➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  SJP Orlando, Inc.
_____,        Case No. _____
                   **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shreve Press Services & Sales<br>131 Candace Drive<br>Maitland, FL 32751 | | | | | | | 47.90 |
| ACCOUNT NO.<br><br>Shreve Press Services & Sales<br>131 Candace Drive<br>Maitland, FL 32751-3330 | | | | | | | 276.53 |
| ACCOUNT NO.  4304 Metric Drive, WP 32792<br><br>Shutts & Bowen LLP<br>300 S Orange Ave, 1000<br>Orlando, FL 32801 | | | Collections for Nakam Investments | | | | Notice Only |
| ACCOUNT NO.  101716<br><br>Southern States Toyotalift<br>3000 W 45th Street<br>Jacksonville FL 32209 | | | | | | | 2,608.58 |
| ACCOUNT NO.  224446<br><br>Spirit Services Co.<br>PO Box 28506<br>Columbus, OH 43228 | | | | | | | 187.04 |

Sheet no.  19  of  24  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,120.05

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re __SJP Orlando, Inc._____,      Case No. _____

                **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6035-5178-5091-7849<br>Staples<br>PO Box 689020<br>Des Moines IA 50368-9020 | | | Consideration: Revolving Credit Card debt | | | | 1,752.36 |
| ACCOUNT NO.<br>Stutsman Thames & Markley<br>50 N Laura Street, 1600<br>Jacksonville FL 32202 | | | | | | | 4,404.10 |
| ACCOUNT NO.<br>Sunstate Finishing<br>362 Commerce Way, 120<br>Longwood, FL 32750 | | | | | | | 150.00 |
| ACCOUNT NO. 4352-3767-0540-2543<br>Target National Bank<br>PO Box 59317<br>Minneapolis MN 55459 | | | Consideration: Revolving Credit Card debt | | | | 1,504.83 |
| ACCOUNT NO.<br>TC Spialties<br>5911 Phillips Hwy<br>Jacksonville, FL 32216-5916 | | | | | | | Unknown |

Sheet no. __20__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,811.29

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   SJP Orlando, Inc.                                        ,          Case No. _____
              **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>The Printer's Edge, LLC<br>PO Box 568336<br>Orlando, FL 32856-8336 | | | | | | | 17,480.56 |
| ACCOUNT NO. <br><br>Three D Promotions, Inc.<br>105 Candace Drive<br>Maitland, FL 32751 | | | | | | | 169.00 |
| ACCOUNT NO. 1653016 <br><br>Ulline Shipping Supplies<br>2200 S Lakeside Dr<br>Waukegan IL 60085 | | | | | | | 248.14 |
| ACCOUNT NO. 828531 <br><br>Unisource Worldwide, Inc<br>PO Box 409884<br>Atlanta, GA 30384-9884 | | | | | | | 12,279.00 |
| ACCOUNT NO. 828531 <br><br>Unisource Worldwide, Inc<br>PO Box 409884<br>Atlanta, GA 30384-9884 | | | | | | | 4,200.00 |

Sheet no. 21 of 24 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

            Subtotal ➤ | $ | 34,376.70

            Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745  -  30209 - PDF-XChange 3.0

In re  SJP Orlando, Inc.                              ,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  A35ER8 <br><br> UPS <br> PO Box 7247-0244 <br> Philadelphia, PA 19170-0001 | | | | | | | 4,302.70 |
| ACCOUNT NO.  37521072 <br><br> UPS Freight <br> PO Box 533238 <br> Atlanta, GA 30353-3238 | | | | | | | 591.72 |
| ACCOUNT NO.  BBE732 <br><br> Vengroff, Williams & Assoc. <br> PO Box 4155 <br> Sarasota FL 34230-4155 | | | Collections for Bennetts | | | | Notice Only |
| ACCOUNT NO.  21531 <br><br> Wagner, Falconer & judd, Ltd <br> 800 South Eighth Street, 1700 <br> Minneapolis, MN 55402-2113 | | | Collections for G&K Services | | | | Notice Only |
| ACCOUNT NO.  0060-123881 <br><br> Waste Services of FL, Inc <br> 1099 Miller Drive <br> Altamonte Springs FL 32701 | | | | | | | 728.66 |

Sheet no. __22__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,623.08

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745  -  30209 - PDF-XChange 3.0

In re   SJP Orlando, Inc.                                      ,          Case No. _____
           **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  18491<br><br>Western States Envelopes & Label<br>PO Box 88984<br>Milwaukee, WI 53288-0984 | | | | | | | 600.00 |
| ACCOUNT NO.  0060-123881<br><br>Western Waste<br>1099 Miller Drive<br>Altamonte Springs FL 32701 | | | | | | | 598.77 |
| ACCOUNT NO.  190025<br><br>Wikoff Color Corp<br>PO Box 75934<br>Charlotte, NC 28275-0934 | | | | | | | 675.70 |
| ACCOUNT NO.  86273<br><br>Xpedx<br>PO Box 677319<br>Dallas, TX | | | | | | | 300.00 |
| ACCOUNT NO.  M017800923-001-00001<br><br>Zurich North America<br>8712 Innovation Way<br>Chicago IL 60682-0087 | | | | | | | 5,449.83 |

Sheet no. __23__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,624.30

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re ___SJP Orlando, Inc._____,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Zynex Medical<br>8022 Southpark Circle<br>Littleton, CO 80120 | | | | | | | 1,500.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __24__ of __24__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   1,500.00

Total ➤   $   1,271,576.37

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re **SJP Orlando, Inc.**            Case No. _____
_____          _____
          **Debtor**                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Nakam Investments LLC<br>1011 Hiollow Pine Road<br>Orlando, FL 32825 | lease |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

In re  SJP Orlando, Inc.                                    Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc... ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

# United States Bankruptcy Court
## Middle District of Florida

In re     SJP Orlando, Inc.

Case No. _____

_____
Debtor

Chapter    7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 3 | $ 6,555.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 4 | | $ 1,875,044.63 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 94,617.33 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 25 | | $ 1,271,576.37 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 40 | $ 6,555.00 | $ 3,241,238.33 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

# United States Bankruptcy Court
## Middle District of Florida

In re    <u>SJP Orlando, Inc.</u>            Case No.   <u>             </u>

           Debtor

Chapter   <u>     7       </u>

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR** Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

SJP Orlando, Inc.

In re _____          Case No. _____
               **Debtor**                                                                                  **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                Debtor:

Date _____          Signature: _____
                                                (Joint Debtor, if any)

                                      [If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                           Social Security No.
of Bankruptcy Petition Preparer                                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
     Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the   President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the SJP Orlando, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __42__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____/s/ Janice Sabol_____
                                                   JANICE SABOL_____
                                           [Print or type name of individual signing on behalf of debtor.]

          *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

In Re  SJP Orlando, Inc.                                             Case No. _____
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE |
|---|---|---|---|
| 2010 | | Income | FY: 01/10 to to present |
| 2009 | 683.00 | Income | FY: 01/09 to 12/09 |
| 2008 | -405,412.00 | Income | FY: 01/08 to 12/08 |

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

None

☒  *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐  a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| The Printer's Edge, LLC 09-CA-39750-0 | collection | Orange County | Pending |
| Apex Color 09-SC-004514 | collection | Duval County | Pending |
| St. John Press Corp. 06-SC-3371 | collection | Duval County | Pending |
| All Points Capital 09-CA-15160 | Collection | Orange County | Pending |
| Canon Financial Services, Inc. L-002588-09 | Collection | Burlington County, New Jersey | Pending |
| Graphics IV Printing Equipment 09-SC-9805 | Collection | Orange County | Pending |
| Siemens Financial Services, Inc. 09-CA-25150 | Collection | Orange County | Pending |
| Pitman Company 09-CA-31811 | collection | Orange County | Pending |
| Unisorce Worldwide, Inc. 09-CC-20856 | collection | Orange County | Pending |

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within
☒ one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☐ lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| All Points Capital<br>265 Broadhollow Rd<br>Melville NY 11747 | | SM 102 Press |
| Siemens Financial Services, Inc<br>3417 Collectin Center Drive<br>Chicago, IL 60693 | | Polar Cutter |
| Heidelberg Print Fin.<br>Two Internation Drive, 101<br>Portsmouth NH 03801 | | 52 Press |
| GE Capital<br>PO Box 740425<br>Atlanta GA 30374-0425 | | Reconditioned MBO |
| GE Capital<br>PO Box 740425<br>Atlanta GA 30374-0425 | | Pressing Unit |
| Toyota Fin. Services<br>PO Box 3457<br>Torrance CA 90510-3457 | | Forklift |
| Edward J Witten<br>339 East Forsyth St.<br>Jacksonville, FL 33222 | | Magnus 800 2400 DPS S Speed |
| EKCC<br>PO Box 740729<br>Atlanta GA 30374-0729 | | Proofing system |
| Eastman Kodak Co/Kodak Graphic<br>3700 Gilmore Way<br>Burnaby, DC Canada V5G 4M1 | | Magnus 800 Platesetter |

**6. Assignments and Receiverships**

None ☒  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒      List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Lighting (loss) | property claimed: 01/09 | 12/08 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Kevin E. Mangum<br>Mangum & Associates, P. A.<br>5100 Hwy. 17-92, Suite 300<br>Casselberry, FL  32707 | | $2,299.00 |

**10. Other transfers**

None 

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None 

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Suntrust Bank | checking<br>Closing Balance: 0 | 08/15/09 |

**12. Safe deposit boxes**

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒   If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.-- ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

**16. Spouses and Former Spouses**

None



     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None

⊠

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

⊠

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

⊠

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None

☐    a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| SJP Orlando, Inc. | 41-2044101 | 4304 Metric Drive #3 Winter Park, FL  32792 | Commercial Printing | 04/07-7/31/09 |

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

NAME                                     ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None  a.　List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐　　bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

　　NAME AND ADDRESS　　　　　　　　　　　　　　　DATES SERVICES RENDERED

Jan Sabol

Wolfe Financial group
1515 International Pkwy # 1001
Lake Mary, FL  32746

None  b.　List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒　　have audited the books of account and records, or prepared a financial statement of the debtor.

　　NAME　　　　　　　　　　ADDRESS　　　　　　　　DATES SERVICES RENDERED

None  c.　List all firms or individuals who at the time of the commencement of this case were in possession of the books
☒　　of account and records of the debtor. If any of the books of account and records are not available, explain.

　　NAME　　　　　　　　　　ADDRESS

None  d.　List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒　　financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

　　NAME AND ADDRESS　　　　　　　　　　　DATE
　　　　　　　　　　　　　　　　　　　　　　ISSUED

**20. Inventories**

None  a.　List the dates of the last two inventories taken of your property, the name of the person who supervised the
☐　　taking of each inventory, and the dollar amount and basis of each inventory.

　　DATE OF INVENTORY　　　　　INVENTORY SUPERVISOR　　　　DOLLAR AMOUNT OF INVENTORY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Specify cost, market or other basis)

　　　Joe Sabol　　　　　　　　　　　　　　　　　　　$6,555.00
　　　　　　　　　　　　　　　　　　　　　　　　　　Physical Count

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

None ☒     b.     List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☐     a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Jan Sabol | | 85 |
| Joseph Sabol | | 15 |

None ☒     b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None ☒     a.     If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒     b.     If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

**23. Withdrawals from a partnership or distribution by a corporation**

None ☐

If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Jan Sabol | | $2,259.95 |
| Joseph Sabol | | $33,684.99 |

**24. Tax Consolidation Group**

None ☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds**

None ☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

\*   \*   \*   \*   \*   \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____    Signature   /s/ Janice Sabol
_____

JANICE SABOL,
President

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____0_____ continuation sheets attached

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____    _____
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.2-745 - 30209 - PDF-XChange 3.0

Advanced Recovery Systems
901 East Eighth Ave, 206
King of Prussia PA 19406


All Points Capital
265 Broadhollow Rd
Melville NY 11747


Allen Maxwell & Silver
190 Sylvan Ave
Englewood Cliffs, NJ 07632


Allen, Dyer, Doppelt
255 S Orange Ave, 1401
Orlando, FL 32802-3791


Allied Interstate
3000 Corporate Exchange Drive
Columbus OH 43231


Apex Color
200 N Lee Street
Jacksonville, FL 32204


Babbit's Bindery
7090 Commerce Circle
Longwood, FL 32750


Bank of America
PO Box  25118
Tampa, FL 33622-5118


Bank of America Leasing
305 W Big Beaver Rd, 400
Troy, MI


Bennetts
PO Box 57610
Jacksonville, FL 32241-7610

```
C2C Resources LLC
56 Perimeter Center East
Atlanta GA 30346


Canon Financial Services Inc
158 Gaither Drive
Mt Laurel NJ 08054


Canon Financial Services, Inc
158 Gaither Drive
Mt Laurel NJ 08054


Capital One Bank
PO Box 71083
Charlotte NC 28272-1083


Capital One Bank
PO Box 71083
Charlotte, NC 28272-1083


Case Paper Company, Inc
3333 NW 116th Street
Miami, FL 33167


Central Transport
PO Box 33299
Detroit MI 48232


Chase Auto Finance
PO Box 78101
Phoenix, AZ 85062-8101


Chase Cardmember Services
PO Box 15153
Wilmington DE 19886-5153


Chase Cardmember Services
PO Box 15153
Wilmington DE 19886-5153
```

Chase Cardmember Services
PO Box 15153
Wilmington DE 19886-5153


Chase Cardmember Services
PO Box 15153
Wilmington DE 19886-5153


Chase Cardmember Services
PO Box 15153
Wilmington DE 19886-5153


Cintas
1595 Transport Court
Jacksonville, FL 32218


CIT Group Prosetter
10201 Centurion Pkwy N, 100
Jacksonville FL 32256


CIT Tech Fin. Services
PO Box 550599
Jacksonville, FL 32255-0599


Citgo Oil
Processing Center
Des Moines, IA 50362-0300


Co Advantage Resources
111 W Jefferson St, #100
Orlando, FL 32801


Co Advantage Resources
111 W Jefferson St, 100
Orlando, FL 32801


Comcast
PO Box 530099
Atlanta, GA 30353-0099

```
Compass Bank
299 Monument Rd
Jacksonville FL 32225


Consolidated Label
925 Florida Central Pkwy
Longwood, FL 32750


Continental
2870 Scherer Drive N, Ste 100
St. Petersburg, FL 33716-1025


Delta Com
PO Box 2252
Birmingham, AL 35246-2058


Delta Com
PO Box 2252
Birmingham, AL 35246-2058


Digital Propaganda
660 Clay Street.
Winter Park, FL  32789


Discount Propane
546 S Shell Road
DeBary, FL 32713


Discover Card
PO Box 71084
Charlotte NC 28272-1084


Double Envelopes
PO Box 532914
Atlanta, GA 30353-2314


Drs. Mori, Bean & Brooks, PA
3599 University Blvd S. #300
Jacksonville FL 32216
```

Duval County
Mike Hogan Tax Collector
231 E Forsyth Street, 130
jacksonville FL 32202


Eastman Kodak Co/Kodak Graphic
3700 Gilmore Way
Burnaby, DC Canada V5G 4M1


Edward J Witten
339 East Forsyth St.
Jacksonville, FL 33222


EKCC
PO Box 740729
Atlanta GA 30374-0729


EKCC
PO Box 740729
Atlanta GA 30374-0729


Esteem Care
PO Box 33842
North Royalton, OH 44133


Fassett, Anthony & Taylor PA
1325 West Colonial Drive
Orlando, FL 32804


First Data Global Leasing
1307 Walt Whitmand Rd
Melville, NY 11747


Florida Dept of Revenue
5050 W Tennessee St.
Tallahassee, FL 32399-0120


Florida Dept of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0120

Florida Envelope Company
9208 Palm River Rd
Tampa FL 36129


G&K Services
3735 Corporex Park Dr
Tampa FL 33619


Gary Harris
11642 Springboard Dr
Jacksonville, FL 32246


Gary's Duplicator Service
PO Box 50827
Jacksonville Beach FL 32250-0827


Gate Petroleum Co
PO Box 40505
Jacksonville, FL 32203-0505


GE Capital
PO Box 740425
Atlanta GA 30374-0425


GE Capital
PO Box 740425
Atlanta GA 30374-0425


Graphics IV Ptg Equipment
2311 Mercator Drive A
Orlando FL 32807


Heddy Bernstein
1219 Astorwood Court
Altamonte Springs, FL 32714


Heidelberg Print Fin.
Two Internation Drive, 101
Portsmouth NH 03801

Home Depot
Processing Center
Des Moines IA 50364-0500


HSBC
PO Box 4155
Carol Stream IL 60197-4188


Ikon Office Solutions
3920 Arkwright Road, 400
Jackson FL 32224


Intermec Technologies Corp.
9290 LeSaint Dr
Fairfield OH 45014-5454


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Jacksonville Heart Center
1905 Corporate Square Blvd
Jacksonville FL 32216


JK&M Ink
4714 Thatcher Ave N.
Tampa FL 33614


Juniper Card Services
PO Box 13337
Philadelphia, PA


K&G Bindery
6648 Old Chancey Nwy
Orlando FL 32807


K&G Bindery
6648 Old Chancey Nwy
Orlando, FL 32807

Kohner, Mann & Kailas
4650 North Port Washington
Milwaukee, WI 53212-1059


Kosto & Rotella PA
619 E Washington Street
Orlando, FL 32802


Kosto & Rotella PA
619 E Washington Street
Orlando, FL 32802


Kosto & Rotella, PA
233 East Bay St, 1028
Jacksonville FL 32201


Kosto & Rotella, PA
233 East Bay St, 1028
Jacksonville FL 32201


Lowenstein Sandler
65 Livingston Ave
Roseland NJ 07068


Lowes
PO Box 530970
Atlanta GA 30353-0970


Lyerly Baptist Inc
836 Prudential Drive, 1001
Jacksonville FL 32207


MBO Bindery & Co
400 Highland Dr
Westampton NJ 08060


McClosky, D'Anna & Dietrle
2300 Glades Rd, 400
Boca Raton, FL 33431-8540

```
Meredith Allen Hernandez, PA
PO Box 57487
Jacksonville FL 32241


Mike Hogan Tax Collector
231 E Forsyth Street, 130
Jacksonville FL 32202


Money Management LLC/Info Sys
934 University Dr, 141
Coral Springs FL 33071


Moss Sales & Service, Inc
5508 Janet Lane
Austell, GA 30106


Nakam Investments LLC
1011 Hiollow Pine Road
Orlando, FL 32825


Nakam Investments, LLC
1011 Hollow Pine Rd
Orlando, FL 32825


National Magazine Exchange
PO Box 405635
Atlanta, GA 30384-5635


Neuroglogy Services of FL, Inc
PO Box 470904
Tulsa OK 74147-0904


Norman & Assoc.
1350 Union Hill Rd, A
Alpharetta GA 30004


OFC Capital
576 Colonial Park Dr, 200
Roswell GA 30075
```

Orange County Property Tax
PO Box 545100
Orlando, FL 32854-5100


Orkin
574 Fairvilla Road
Orlando, FL 32789


Patti Pinkerton
4304 Meadowview Lane
Sachse TX 75048


Pitman Company
3115 Drane Field Rd
Lakeland FL 33811-1334


Printer's Mate Bindery
10539 Craig Industrial Dr, #8
Jacksonville FL 32225


Professional Recovery Services
PO Box 1880
Voorhees NJ 08073


Progress Energy
PO Box 33199
St. Petersburg FL 33733-8199


PSC Chemical Pollution Control
PO Box 3069 Dept 7
Houston, TX 77253-3069


Redd Paper
3851 Center Loop
Orlando FL 32808


Richard J. Stone, Esq.
9130 Dadeland Blvd.
Penthouse 1-A
Miami, FL  33156

```
RMC
PO Box 2471
Woburn MA 01888


RMS Collection Agency
PO Box 4647
Timonium MD 21094-4647


Roger C. Brown, Esq.
800 S Orlando Ave.
Maitland, FL  32751


Roger C. Brown, Esq.
800 S Orlando Ave.
Maitland, FL  32751


Ron Lukowski
2632 Wimbledon Ct.
Ocoee FL 34761


Ronald Modeski
5416 SE Arcadia Terrace
Hobe Sound FL 33455-7889


Roy L. Weinfeld, Esq.
800 Brickell Ave., Suite 1501
Miami, FL  33131


Sabin Robins LLC
5902 Montclair Blvd
Milford OH 45150


Safety Kleen
PO Box 650509
Dallas TX 75265-0509


Saia Motor Freight Line, Inc
PO Box 730532
Dallas TX 75373-0532
```

Sam's Club
PO Box 530984
Atlanta GA 30353-0981


Scott H. Marcus & Assoc.
121 Johnson Rd
Turnersville NJ 08012


Seaboard Offset Supply, Inc.
1265 Talbot Ave
Jacksonville FL 32205


Shell Oil
PO Box 183019
Columbus OH 43218-3019


Shreve Press Services & Sales
131 Candace Drive
Maitland, FL 32751


Shreve Press Services & Sales
131 Candace Drive
Maitland, FL 32751-3330


Shutts & Bowen LLP
300 S Orange Ave, 1000
Orlando, FL 32801


Siemens Financial Services, Inc
3417 Collectin Center Drive
Chicago, IL 60693


Southern States Toyotalift
3000 W 45th Street
Jacksonville FL 32209


Spirit Services Co.
PO Box 28506
Columbus, OH 43228

Staples
PO Box 689020
Des Moines IA 50368-9020


Stutsman Thames & Markley
50 N Laura Street, 1600
Jacksonville FL 32202


Sunstate Finishing
362 Commerce Way, 120
Longwood, FL 32750


Target National Bank
PO Box 59317
Minneapolis MN 55459


TC Spialties
5911 Phillips Hwy
Jacksonville, FL 32216-5916


The Printer's Edge, LLC
PO Box 568336
Orlando, FL 32856-8336


Three D Promotions, Inc.
105 Candace Drive
Maitland, FL 32751


Toyota Fin. Services
PO Box 3457
Torrance CA 90510-3457


Ulline Shipping Supplies
2200 S Lakeside Dr
Waukegan IL 60085


Unisource Worldwide, Inc
PO Box 409884
Atlanta, GA 30384-9884

Unisource Worldwide, Inc
PO Box 409884
Atlanta, GA 30384-9884


UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001


UPS Freight
PO Box 533238
Atlanta, GA 30353-3238


USBank
1310 SW 68th Pkwy, 100
Portland OR 97223


Vengroff, Williams & Assoc.
PO Box 4155
Sarasota FL 34230-4155


Wagner, Falconer & judd, Ltd
800 South Eighth Street, 1700
Minneapolis, MN 55402-2113


Waste Services of FL, Inc
1099 Miller Drive
Altamonte Springs FL 32701


Western States Envelopes & Label
PO Box 88984
Milwaukee, WI 53288-0984


Western Waste
1099 Miller Drive
Altamonte Springs FL 32701


Wikoff Color Corp
PO Box 75934
Charlotte, NC 28275-0934

Xpedx
PO Box 677319
Dallas, TX


Zurich North America
8712 Innovation Way
Chicago IL 60682-0087


Zynex Medical
8022 Southpark Circle
Littleton, CO 80120